**TEXAS DEMOCRATIC PARTY; Boyd L. Richie, in his capacity as Chairman of the Texas Democratic Party, Plaintiffs–Appellants,**

v.

**Roger WILLIAMS, in his capacity as Secretary of State for the State of Texas, Defendant–Appellee.**

No. 07–51064.

United States Court of Appeals,
Fifth Circuit.

July 30, 2008.

Chad Wilson Dunn, Brazil & Dunn, Houston, TX, for Plaintiffs–Appellants.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Kathlyn C. Wilson, Office of the Attorney General General Litigation Division, Austin, TX, for Defendant–Appellee.

, Before JOLLY, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM: *

We have reviewed the briefs, pertinent portions of the record, and the applicable law and have heard the arguments of counsel. We find no reversible error in the district court's grant of summary judgment, especially in the light of the Supreme Court's recent decision in *Crawford v. Marion County Election Board*, —— U.S. ——, 128 S.Ct. 1610, 170 L.Ed.2d 574 (2008), which confirms that the district court appropriately applied the balancing test of *Anderson v. Celebrezze*, 460 U.S. 780, 103 S.Ct. 1564, 75 L.Ed.2d 547 (1983), and *Burdick v. Takushi*, 504 U.S. 428, 112 S.Ct. 2059, 119 L.Ed.2d 245 (1992), to the constitutional claims raised. The summary judgment is AFFIRMED, essentially for the reasons given by the district court in its well-considered opinion.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.